IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SUSAN FLANDER, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No. 3:12-CV-524-P |
| ) | |
| MESQUITE POLICE DEPT., ET AL., ) | |
|     Defendants. ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b) and reviewing Plaintiff's objcetions, the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

Signed this 24th day of April, 2013.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE